NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CHESTER C. PELT, JR., DOC #260839,    )
                                      )
            Appellant,                )
                                      )
v.                                    )        Case No. 2D18-2845
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed December 19, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Chester C. Pelt, Jr., pro se.


PER CURIAM.


            Affirmed.


KELLY, ROTHSTEIN-YOUAKIM, and LaROSE, C.J., JJ., Concur.